**FOURTH DIVISION**
**ELLINGTON, P. J.,**
**MERCIER, J., and SENIOR APPELLATE JUDGE PHIPPS**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**May 25, 2018**

# In the Court of Appeals of Georgia

A16A0523. JONES v. THE STATE.

PHIPPS, Senior Appellate Judge.

In *Jones v. State*, 337 Ga. App. 687 (787 SE2d 300) (2016), this Court rejected appellant Randall Lee's arguments that the jury verdicts against him for bringing stolen property into the state and theft by conversion of that same property were mutually exclusive. Id. at 690. In *Jones v. State*, 302 Ga. 730 (808 SE2d 655) (2017), the Supreme Court of Georgia reversed our decision and concluded that "reversal of both verdicts is required." Id. at 733. We hereby adopt the decision of our Supreme Court as our own and reverse the trial court's denial of Jones's motion for new trial.

*Judgment reversed. Ellington, P. J., and Mercier, J., concur.*